891 A.2d 354

**Terri Thompson MALLETT**

v.

**Michael HOPKINS.**

**No. 121, Sept. Term, 2005.**

Court of Appeals of Maryland.

Feb. 6, 2006.

Terri Thompson Mallett, Washington, DC, for petitioner.

Curtis Karpel, Silver Spring, for respondent.

Submitted before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

## PER CURIAM ORDER.

The Court having considered and granted the petition for a writ of certiorari in the above-entitled case, it is this 6th day of February, 2006,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, summarily vacated, and the case is remanded to that Court for further consideration in light of *Armstrong v. Baltimore City,*

32

390 Md. 469, 889 A.2d 399 (2006). Costs in this Court to be paid by the respondent, and costs in the Court of Special Appeals to abide the result.